# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2014

148545

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JEFFREY S. MINDYKOWSKI and
MICHELLE M. MINDYKOWSKI,
      Plaintiffs-Appellees,

v

CODY M. OLSEN,
      Defendant,
and

CWB PROPERTY MANAGEMENT, INC. and
ALPENA HOTELS, LLC,
      Defendants-Appellants.

SC: 148545
COA: 315753
Alpena CC: 12-004633-NO

_____/

      On order of the Court, the application for leave to appeal the December 10, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2014



t1015

Clerk